AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

John Mizanin, Perr Mizanin,

vs.

Aetna Life Insurance Company

**JUDGMENT IN A CIVIL CASE**

Case Number: 6:07-CV-00837-GRA

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[ ] **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's are entitled to accidental death and personal loss benefits under the terms of the policy insured through the Defendant pursuant to ERISA 29 U.S.C.S . § 1132 (a)(1)(B).

LARRY W. PROPES, Clerk

By_____
Deputy Clerk

December 5, 2007
Greenville, South Carolina